IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CONSTANTINE CORDOGAN,

    Plaintiff,

VS.                                      NO. 03-2755-Ma/V

KAWAI AMERICA CORPORATION, et al.,

    Defendants.

## ORDER OF DISMISSAL

The parties have submitted a Stipulation of Dismissal With Prejudice in this matter indicating that this matter may be dismissed.

IT IS THEREFORE ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs, including attorney's fees.

Entered this 27th day of May, 2005.

*[signature]*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:03-CV-02755 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
875 W. Poplar Ave.
Ste. 2
Collierville, TN 38017

Stefanie K. Vaudreuil
PARHAM & RAJCIC
23195 La Cadena Dr.
Ste 103
Laguna Hills, CA 92653

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Pamela A. Dempsey
PARHAM & RAJCIC
23195 La Cadena Dr.
Ste 103
Laguna Hills, CA 92653

Honorable Samuel Mays
US DISTRICT COURT