UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ ___ D.C.

05 MAY 31  PM 3:49

CLERK, U.S. DIST. CT.
W D OF TN, MEMPHIS

CONSTANTINE CORDOGAN,

    **Plaintiff,**

v.                                                    Cv. No. 03-2755-Ma

KAWAI AMERICA CORPORATION, et al.,

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed May 27, 2005.  Each party shall bear its own costs and attorney's fees.

APPROVED: /s/ _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 31, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

/s/ _____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:03-CV-02755 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Stefanie K. Vaudreuil
PARHAM & RAJCIC
23195 La Cadena Dr.
Ste 103
Laguna Hills, CA 92653

Richard D. Bennett
MAIDEN & BENNETT
875 W. Poplar Ave.
Ste. 2
Collierville, TN 38017

Pamela A. Dempsey
PARHAM & RAJCIC
23195 La Cadena Dr.
Ste 103
Laguna Hills, CA 92653

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT